JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUTYAN TATEVOSYAN and SOUSANNA KARAPETYAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., individually and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as receiver, and BANK OF AMERICA, as successor by merger to LaSalle Bank, N.A., as trustee for WAMU Mortgage Pass-Though Certificates Series 2006-AR7 Trust,<br><br>　　　　Defendants. | CV 11-10724 PA (Ex)<br><br>JUDGMENT |

　　Pursuant to the Court's March 1, 2012 Minute Order dismissing with prejudice the claim for violation of the Real Estate Settlement and Procedures Act ("RESPA") of plaintiffs Harutyan Tatevosyan and Sousanna Karapetyan ("Plaintiffs") against JPMorgan Chase Bank, N.A., individually and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as receiver ("Chase"), and Bank of America, as successor by merger to LaSalle Bank, N.A., as trustee for WAMU Mortgage Pass-Though Certificates Series 2006-AR7 Trust ("BofA")

1  (collectively "Defendants") and dismissing Plaintiffs' remaining state law claims without
2  prejudice,
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall
4  have judgment in their favor against Plaintiff on their claim for violation of RESPA.
5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' state
6  law claims are dismissed without prejudice.
7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
8  nothing and that Defendants shall have their costs of suit.
9      IT IS SO ORDERED.

11  DATED: March 1, 2012                _____
12                                    Percy Anderson
                         UNITED STATES DISTRICT JUDGE